No. 76–6352.  HENDRIX v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 76–6370.  KING v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 76–6371  LAMAR ET AL. v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 76–370.  GARRISON, WARDEN v. STRICKLAND.  C. A. 4th Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.  MR. JUSTICE BLACKMUN would grant certiorari.

No. 76–576.  BUREAU OF REVENUE OF NEW MEXICO v. EASTERN NAVAJO INDUSTRIES, INC.  Ct. App. N. M.  Motion of Vlassis, Ruzow & Linzer for leave to file a brief as *amicus curiae* granted.  Certiorari denied.

No. 76–617.  SIERRA CLUB ET AL. v. UNITED STATES ENVIRONMENTAL PROTECTION AGENCY ET AL.  C. A. D. C. Cir. Certiorari denied.  MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 76–776.  PADERICK, PENITENTIARY SUPERINTENDENT v. BOONE.  C. A. 4th Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 76–6103.  BOULWARE v. TEXAS; and

No. 76–6199.  COLLINS v. TEXAS.  Ct. Crim. App. Tex. Certiorari denied.  MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL would grant certiorari and vacate judgments insofar as they leave undisturbed the sentences of death.  See *Gregg* v. *Georgia*, 428 U. S. 153, 227 (1976) (BRENNAN, J., dissenting); *id.*, at 231 (MARSHALL, J., dissenting).  Reported below: No. 76–6103, 542 S. W. 2d 677.